Summons in a Civil Action (Rev 11/97)

# United States District Court

FILED 08 MAR 28 PM 4:38 CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA DEPUTY

## SOUTHERN DISTRICT OF CALIFORNIA

James Wilson, Rebecca Lorenzo, Waheeda Khan, Jorge Lopez, and Susie Khuu on behalf of themselves and others similarly situated

vs

D.R. HORTON, INC., WESTERN PACIFIC HOUSING, INC. d/b/a D.R. HORTON, AMERICA'S BUILDER, DHI MORTGAGE COMPANY, LTD., L.P., and DOES 1-10

**SUMMONS IN A CIVIL ACTION**

Case No.

'08 CV 592 BEN RBB

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Norman B. Blumenthal, Esq. (SBN #068687)
Blumenthal & Nordrehaug, 2255 Calle Clara, La Jolla, CA, 92037,
Tel: (858) 551-1223, Fax: (858) 551-1232, E-mail: norm@bamlawlj.com

An answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

3/28/08
DATE

J. HINZLE

By , Deputy Clerk

Summons in a Civil Action



::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)