FILED

5/6/2008

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY LO DEPUTY

**Wilson et al** **08cv592-BEN-RBB**

**-v-**

**D.R. Horton, Inc. Et al**

**Notice of Appearance - Stricken per Chambers**

**3-Notice of Appearance**

**3**