FILED
May 5, 2008
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY JAH DEPUTY

**James Wilson; Rebecca Lorenzo; et. al** **08cv592-BEN(RBB)**

**-v-**

**D.R. Horton, Inc.; Western Pacific Housing, Inc.; et. al.**

**DOCUMENT STRICKEN PER JUDGE BENITEZ'S CHAMBERS**

**4-MOTION TO COMPEL ARBITRATION**