Valentine S. Hoy VIII, State Bar No. 121766
John T. Brooks, State Bar No. 167793
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
600 West Broadway, Suite 2600
San Diego, California 92101-3372
Telephone No.: 619.236.1414
Fax No.: 619.232.8311

Attorneys for D.R. Horton, Inc., Western Pacific Housing, Inc., and DHI Mortgage Company, Ltd.

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

JAMES WILSON, REBECCA LORENZO, WAHEEDA KHAN, JORGE LOPEZ, and SUZIE KHUU, on behalf of themselves and All Others Similarly Situated,

Plaintiffs,

v.

D.R. HORTON, INC., WESTERN PACIFIC HOUSING, INC. d/b/a/ D.R. HORTON, AMERICA'S BUILDER, DHI MORTGAGE COMPANY, LTD., L.P. and DOES 1-10,

Defendants.

Case No. 08 CV 592 BEN RBB

The Hon. Roger T. Benitez
Dept. 3

**ALL DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS**

Date: June 9, 2008
Time: 10:30 a.m.
Dept.: 3

Complaint Filed: March 28, 2008

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on June 9, 2008 at 10:30 a.m. in Courtroom 3 of the above-referenced court, located at 880 Front Street, San Diego, California, D.R. Horton, Inc., Western Pacific Housing, Inc., and DHI Mortgage Company, Ltd., will, and hereby do, move to dismiss plaintiffs' complaint and each cause of action therein.

///

///

///

This motion is made pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure and is made on the ground that plaintiffs have failed to state a claim upon which relief can be granted. In particular, plaintiffs' third and fourth causes of action under the Sherman Act and the Cartwright Act fail because plaintiffs have not adequately alleged market power or any improper tying conduct. Further, plaintiffs' first and second causes of action under California Business & Professions Code §§ 17200 and 17500 fail because plaintiffs have not alleged facts consistent with California Code of Civil Procedure § 382 and Rule 23(b) of the Federal Rules of Civil Procedure permitting such claims to be pursued on a representative basis.

This motion is based on this Notice of Motion and Motion, the accompanying Points and Authorities, the accompanying Request for Judicial Notice, the papers and pleadings on file in this action, and such further oral or written argument or evidence as may be presented prior to or at the hearing on this motion.

DATED: May 5, 2008 LUCE, FORWARD, HAMILTON & SCRIPPS LLP

By: s/Valentine S. Hoy
Valentine S. Hoy
Attorneys for Defendants D.R. Horton, Inc., Western Pacific Housing, Inc., and DHI Mortgage Company, Ltd.
E-mail: vhoy@luce.com

101091704.1