Valentine S. Hoy VIII, State Bar No. 121766
John T. Brooks, State Bar No. 167793
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
600 West Broadway, Suite 2600
San Diego, California 92101-3372
Telephone No.: 619.236.1414
Fax No.: 619.232.8311

Attorneys for D.R. Horton, Inc., Western Pacific Housing, Inc., and DHI Mortgage Company, Ltd.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES WILSON, REBECCA LORENZO, WAHEEDA KHAN, JORGE LOPEZ, and SUZIE KHUU, on behalf of themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>D.R. HORTON, INC., WESTERN PACIFIC HOUSING, INC. d/b/a/ D.R. HORTON, AMERICA'S BUILDINGER, DHI MORTGAGE COMPANY, LTD., L.P. and DOES 1-10,<br><br>Defendants. | Case No. 08 CV 592 BEN RBB<br><br>The Hon. Roger T. Benitez<br>Dept. 3<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTIONS TO DISMISS, MOTIONS TO STRIKE, AND MOTION TO COMPEL ARBITRATION**<br><br>Date: June 9, 2008<br>Time: 10:30 a.m.<br>Dept.: 3<br><br>Complaint Filed: March 28, 2008 |

Defendants D.R. Horton, Inc., Western Pacific Housing, Inc., and DHI Mortgage Company, Ltd., hereby request that the Court take judicial notice, pursuant to Federal Rule of Evidence 201, of the following documents relevant to the accompanying motions to dismiss, motion to strike, and motion to compel arbitration:

A. U.S. Census Bureau, "New Residential Sales in September 2007," available at http://www.census.gov/const/newressales_200709.pdf.

B. U.S. Census Bureau, "New Houses Sold by Price," available at http://www.census.gov/const/quarterly_sales.pdf.

C. Purchase Agreement for plaintiff Wilson.

D. Purchase Agreement for plaintiff Lorenzo.

E Purchase Agreement for plaintiff Khan.

F. Purchase Agreement for plaintiff Lopez.

G. Purchase Agreement for plaintiff Khuu.

H. Correspondence and photograph from plaintiffs' counsel Patrice/Patrick Missud.

I. Builder Magazine June 2007 Article, "Local Leaders: Winning At All Costs", and related market charts, available at: www.builderonline.com/housing-data/local-leaders-winning-at-all-costs.aspx.

The United States Census Bureau documents (Exhibits A and B) are properly subject to judicial notice. *See, e.g., Paralyzed Veterans of America v. McPherson*, 2006 WL 3462780, *4 (N.D. Cal. 2006) (noting that courts "routinely take judicial notice . . . of information on government websites"); *Wallace v. FEMA*, Case No. C 99-1471 VRW, 2001 U.S. Dist. LEXIS 1547, at *5-6 (N.D. Cal. Jan. 26, 2001) (taking judicial notice of publications on the FEMA website), aff'd, 36 Fed. Appx. 637 (9th Cir. 2002); *McLaughlin v. Volkswagen Of America, Inc.*, Civil Action No. 00-3295, 2000 U.S. Dist. LEXIS 17505, at *2 (E.D. Pa. Dec. 6, 2000) (relying on information published on NHTSA website); *Nemir v. Mitsubishi Motors Corp.*, Case No. 96-75380, 2002 U.S. Dist. LEXIS 5224, at *6 (E.D. Mich. March 11, 2002) (noting in response to a request regarding judicial notice of NHTSA website and authentication of NHTSA letter as a public record that "the letter may be used in argument, and for that purpose judicial notice may be taken"); *Austin v. American Ass'n Of Neurological Surgeons*, 253 F.3d 967 (7th Cir. 2001) (citing several websites and noting that "there is an abundance of up-to-date literature easily retrievable from the World Wide Web"); *Modesto Irrigation District v. Pacific Gas & Electric Co.*, 61 F. Supp. 2d 1058, 1066 (N.D. Cal. 1999) (taking judicial notice of information where it "is readily accessible through the internet"); *Grimes v. Navigant Consulting, Inc.*, 185 F. Supp. 2d 906, 913 & n. 7 (N.D. Ill. 2002) (taking judicial notice of information published on the internet and observing that "[i]n other contexts, the Seventh Circuit has approved of taking judicial notice of reliable information published on the internet

[citations]").

Plaintiffs' purchase agreements (Exhibits C through G) are likewise properly subject to judicial notice. "When a plaintiff fails to introduce a pertinent document as part of his pleading, defendant may introduce the exhibit as part of his motion attacking the pleading." 5 C. Wright & A. Miller, Federal Practice & Procedure § 1327, at 762-63 (1990 and 1993 Supp.) *Accord, No. 84 Employer – Teamster Joint Council Pension Trust Fund v. Am. West Holding Corp.*, 320 F.3d 920, 925 n.2 (9th Cir. 2003) (when considering a 12(b)(6) motion to dismiss, "[u]nder the incorporation by reference doctrine, we also consider documents submitted by Defendants that were referenced in the complaint and whose authenticity has not been questioned."); *Van Buskirk v. Cable News Network, Inc.*, 284 F.3d 977, 980 (9th Cir. 2002) (holding district court properly considered complete interview transcripts and tapes for motion to dismiss); *U.S.A. Nutrasource, Inc. v. CAN Ins. Co.*, 140 F. Supp. 2d 1049, 1053 (N.D. Cal. 2001) (taking judicial notice of letter upon which plaintiffs' claims for fraud and negligent misrepresentation were based); *Magnetech Inc. v. Reliance Ins. Co.*, 2000 U.S. Dist. LEXIS 9634 *3 (E.D. Cal. 2000) (considering insurance policy attached to 12(b)(6) motion because it was incorporated by reference into the complaint); *In re Silicon Graphics Inc. Secs. Litigation*, 183 F.3d 970, 986 (9th Cir. 1999) (holding district court properly considered SEC filings under the incorporation by reference doctrine for 12(b)(6) motions); *Parrino v. FHP, Inc.*, 146 F.3d 699, 705-06 (9th Cir. 1998) (taking judicial notice of documents governing FHP plan membership, coverage, and administration because plaintiff's claims rested on his membership to the FHP plan and its terms); *Romani v. Shearson Lehman Hutton*, 929 F.2d 875, 879 n.3 (1st Cir. 1991) (taking judicial notice of offering material in securities fraud action); *Bechtel Corp. v. Local 215 Laborers' Int. U. of N.A.*, 405 F.Supp. 370, 374 n. 1 (M.D. Pa. 1975) (taking judicial notice of contract).

The Builder Magazine June 2007 article and related charts (Exhibit I) are similarly subject to judicial notice. *Austin v. American Ass'n Of Neurological Surgeons*, 253 F.3d 967 (7th Cir. 2001) (citing several websites and noting that "there is an abundance of up-to-date literature easily retrievable from the World Wide Web"); *Modesto Irrigation District v.*

*Pacific Gas & Electric Co.*, 61 F. Supp. 2d 1058, 1066 (N.D. Cal. 1999) (taking judicial notice of information where it "is readily accessible through the internet"); *Grimes v. Navigant Consulting, Inc.*, 185 F. Supp. 2d 906, 913 & n. 7 (N.D. Ill. 2002) (taking judicial notice of information published on the internet and observing that "[i]n other contexts, the Seventh Circuit has approved of taking judicial notice of reliable information published on the internet [citations]").

DATED: May 5, 2008

LUCE, FORWARD, HAMILTON & SCRIPPS LLP

By: s/Valentine S. Hoy
Valentine S. Hoy
Attorneys for Defendants D.R. Horton, Inc., Western Pacific Housing, Inc., and DHI Mortgage Company, Ltd.
E-mail: vhoy@luce.com

101091688.1

Valentine S. Hoy VIII, State Bar No. 121766
John T. Brooks, State Bar No. 167793
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
600 West Broadway, Suite 2600
San Diego, California 92101-3372
Telephone No.: 619.236.1414
Fax No.: 619.232.8311

Attorneys for D.R. Horton, Inc., Western Pacific Housing, Inc., and DHI Mortgage Company, Ltd.

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES WILSON, REBECCA LORENZO, WAHEEDA KHAN, JORGE LOPEZ, and SUZIE KHUU, on behalf of themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>D.R. HORTON, INC., WESTERN PACIFIC HOUSING, INC. d/b/a/ D.R. HORTON, AMERICA'S BUILDER, DHI MORTGAGE COMPANY, LTD., L.P. and DOES 1-10,<br><br>Defendants. | Case No. 08 CV 592 BEN RBB<br><br>The Hon. Roger T. Benitez<br>Dept. 3<br><br>**PROOF OF SERVICE**<br><br>Complaint Filed: March 28, 2008 |

I, the undersigned, declare as follows:

I am employed with the law firm of Luce, Forward, Hamilton & Scripps LLP, whose address is 600 West Broadway, Suite 2600, San Diego, California 92101-3372. I am over the age of eighteen years, and am not a party to this action.

On May 5, 2008, I served the following:

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTIONS TO DISMISS, MOTIONS TO STRIKE, AND MOTION TO COMPEL ARBITRATION**

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Norman B Blumenthal**
  norm@bamlawlj.com, bam@bamlawlj.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

☐ (No manual recipients)

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed at San Diego, California on May 5, 2008.

Tamara Siemers

101092070.1