Valentine S. Hoy VIII, State Bar No. 121766
John T. Brooks, State Bar No. 167793
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
600 West Broadway, Suite 2600
San Diego, California 92101-3372
Telephone No.: 619.236.1414
Fax No.: 619.232.8311

Attorneys for D.R. Horton, Inc., Western Pacific Housing, Inc., and DHI Mortgage Company, Ltd.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES WILSON, REBECCA LORENZO, WAHEEDA KHAN, JORGE LOPEZ, and SUZIE KHUU, on behalf of themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>D.R. HORTON, INC., WESTERN PACIFIC HOUSING, INC. d/b/a/ D.R. HORTON, AMERICA'S BUILDINGER, DHI MORTGAGE COMPANY, LTD., L.P. and DOES 1-10,<br><br>Defendants. | Case No. 08 CV 592 BEN RBB<br><br>The Hon. Roger T. Benitez<br>Dept. 3<br><br>**EXHIBITS TO REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTIONS TO DISMISS, MOTIONS TO STRIKE, AND MOTION TO COMPEL ARBITRATION**<br><br>**EXHIBIT H**<br><br>Date: June 9, 2008<br>Time: 10:30 a.m.<br>Dept.: 3<br><br>Complaint Filed: March 28, 2008 |

Defendants D.R. Horton, Inc., Western Pacific Housing, Inc., and DHI Mortgage Company, Ltd., hereby submit the following exhibits in support of their Request for Judicial Notice in Support of Motions to Dismiss, Motions to Strike, and Motion to Compel Arbitration:

Exhibit H

H. Correspondence and photograph from plaintiffs' counsel Patrice/Patrick Missud.

DATED: May 5, 2008

LUCE, FORWARD, HAMILTON & SCRIPPS LLP

By: s/Valentine S. Hoy
Valentine S. Hoy
Attorneys for Defendants D.R. Horton, Inc., Western Pacific Housing, Inc., and DHI Mortgage Company, Ltd.
E-mail: vhoy@luce.com

101092371.1

# EXHIBIT H




000001

-----Original Message-----
From: pat missud [mailto:missudpat@yahoo.com]
Sent: Monday, April 21, 2008 8:34 PM
To: Leonard E. Marquez
Subject: foreclosures, criminals and incarceration

Dear Mr. Marquez,

Your brothers and sisters were and are quite popular with your former clients. Its very easy to find defrauded Lorenzos, Lopez', Castillos, Gallindos, Aguillars, Juans, Joses, Miguels......and Lupes. All you need to do is drive through any D R Horton development and look for 'bank owned' signs in either Nevada or Northern California. You should try this on your next Sunday drive. Alternatively, you can search for a hispanic name on any D R Horton sales listing such as tax ownership records, and be guaranteed that they have either lost their homes, or are nearly there. Retired Jose had $76,000 two years ago. Now he needs a job. Idle hands lead to devil's work anyhow. Such is life.

I hope that when you read and forward my many 'rantings' to Messieurs Horton, Tomnitz, Galland, Buchanan, Wheat, Anderson, Hewatt, Scott and Ms. Dwyer that you charge them for your services. I also hope that your paycheck pays all your bills. I'm sure that you make your madre orgulloso.

In speaking of your mother, is she available as a translator? I occasionally have difficulty understanding the nuances of many of the stories. Have her give me a call if it isn't too much trouble or a conflict of interest.

Adios,

tdf

This e-mail message is confidential, is intended only for the named recipient(s) above, and may contain information that is privileged, attorney work product or exempt from disclosure under applicable law. If you have received this message in error, or are not a named recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail is strictly prohibited. If you have received this message in error, please immediately notify the sender by return e-mail and delete this e-mail message from your computer. Thank you.
****************************************************************************
****************************************************************************
*******************

IRS Circular 230 Disclosure: As required by U.S. Treasury Regulations governing tax practice, you are hereby advised that any written tax advice contained herein was not written or intended to be used (and cannot be used) by any taxpayer for the purpose of avoiding penalties that may be imposed under the U.S. Internal Revenue Code.
****************************************************************************
****************************************************************************
*******************

STATE OF NEVADA
DIVISION OF MORTGAGE LENDING
DEPARTMENT OF BUSINESS AND INDUSTRY

KENNY C. GUINN
*Governor*

SYDNEY H. WICKLIFFE, C.P.A.
*Director*

SCOTT E. BICE
*Commissioner*

June 1, 2006

Patrick Missud
91 San Juan St
San Francisco CA 94112

Re: Civil Subpoena for Production for Documents

Dear Mr. Missud:

The Mortgage Lending Division has received your request "pursuant to NRS 645B.610(4) . . . reason for determination [of a complaint]." Your complaint is directed at the DR Horton and its affiliate DHI Mortgage fka CH Mortgage. The Division regulates mortgage brokers and bankers under 645B and 645E which includes a definition in part as:

**NRS 645B.0127 "Mortgage broker" defined.**

1. "Mortgage broker" means a person who, directly or indirectly:
   (a) Holds himself out for hire to serve as an agent for any person in an attempt to obtain a loan which will be secured by a lien on real property;

We have reviewed the documentation and summary of your complaint that relate to the real estate transaction and purchase of the property from DR Horton, a builder. DR Horton is not nor have they been licensed as a mortgage broker under NRS 645B or 645E, and therefore the Division does not have regulatory jurisdiction over their actions.

DHI Mortgage is an affiliate of DR Horton and this information was disclosed to you in the Offer and Acceptance Contract of which you provided a copy to the Division. This contract also states that the Buyer is not required to use the affiliated mortgage company.

The Division does not have jurisdiction over builders and their actions concerning the contract related to the real estate transaction, therefore, we find that there is no violation related to DHI Mortgage, the licensed mortgage company related to the real estate transaction. We hope this information assists you.

Sincerely,

Susan Eckhardt

**Patrick Missud**
Attorney at Law
91 San Juan Ave.
San Francisco, CA, 94112
415-584-7251 office/fax
415-845-5540 cellular

October 4, 2006

Gillian Ross
Wendell Rosen Black and Dean
1111 Broadway, 24th Floor
Oakland, CA, 94607-4036

Sent via: Fax and certified #70053110000185033856

Dear Ms. Ross,

There were two divergent paths created by the events of 2-19-2004.

**What could have been had the now infamous 2-12-2004 Horton letter not been written:**
Missud would have passed his pre paid patent bar exam, and begun a career prosecuting patents starting at $150,000 per year plus benefits. Missud would not have significantly crossed paths with Horton and would likely have had a family by now.

**What has taken place and will certainly occur:**
Horton has created a long term relationship with a construction defects class action attorney specializing in the niche of Horton products. Missud had extended his tour of duty as a general construction contractor by two years, thereby further aggravating his myriad and medically documented physical ailments. Missud has not started his family and may no longer be able to do so.

Missud has built a clientele based on his handling of Horton matters, even though he has yet to win a single motion in court, and will break even within this year of all expenses invested in such matters. Next year Missud's latest business endeavor will likely prove to be very lucrative.

Horton's chief litigation counsel Morice has been caught in a 2-3 year cover up having forwarded at least three letters admitting receipt of my notice of the rampant fraud which continues even today. Likewise, Stacey Dwyer can be implicated.

A variety of local news outlets nationwide have requested that I locate local consumers for their coverage of our story, and I am more than happy to comply.

Today BP shareholders filed a derivative suit because their Board misrepresented that they were an ethical company concerned with the environment, but instead negligently maintained their Prudhoe Bay pipeline.

There are consequences to actions. You will receive my reply brief today.

Cordially,

Patrick Missud, Esq.
Cc:BBB, Analysts, Fund Managers…….presume the worst.

**Patrick Missud**
Attorney at Law
91 San Juan Ave.
San Francisco, CA, 94112
415-584-7251 office/fax
415-845-5540 cellular

November 20, 2006

Senator Harry Reid
528 Hart Senate Office Building
Washington DC 20510

Sent via: Certified #70053110000018504-3190,3206,3213,3220,3237,3244,3251

Dear Senator,

I am writing you this letter in your capacity as the Senate's new majority leader. On October 16, 2006, I sent you certified notice #70053110000018497-9384 that there was rampant fraud in your own Nevada back yard. I specified that D R Horton was the home building company, and I outlined the particulars of the predatory lending responsible for upwards of one half million dollars in losses by over 30 of your constituents. I sent dozens of hard copy exhibits in support of allegations, many of which officially registered with governmental entities. Web site addresses were also listed to provide the balance of the information. Your office has to date not answered. D R Horton, America's largest builder, selling nearly 50,000 homes in just one year, has and is continuing to act in much the same way as Enron, Tyco, Worldcom and Adelphia did, the difference being that rather than defrauding investors, Horton is defrauding scores of its own consumers nationwide.

How are Americans to believe that you will lead the Senate with consumer interests in mind, and not favor the corporate doctrine of business as usual, which is code for blatantly defrauding consumers for years while breaking state and federal laws? You, all elected officials, and I as an attorney, have taken oaths to uphold **all** of the laws of the United States.

Your colleagues in the Senate; Ensign, Feinstein and Boxer, and counterpart in the House, Jon Porter also received the same certified notifications as you did in October. Similarly, none elected to reply. Nancy Pelosi is now the House Speaker and will receive this notification. She is said to be the Democratic party's champion in such affairs and also happens to be my district's representative who has had at least five constituents defrauded by Horton regarding transactions in your state.

Why is it that single consumers have to do the job of elected officials and organizations which purportedly protect consumer interests. I alone have *easily* found over 100

defrauded consumers nationwide. My nationwide contacts on the web have documented hundreds or thousands more who have been defrauded by a myriad of other builders and their affiliated financial service providers. Surely a person of your position could mobilize the proper governmental entities to investigate or at least keep such blatant fraud in check. In July 2005, the FTC and HUD combined to fine KB Homes a mere $5.2 million, or one day's profits, for egregious fraud targeting their own consumers. The two agencies finally took action in response to a consumer watchdog and true patriot's incessant prompting. Bruce Karatz, the CEO of KB Homes, has yet again recently made the news for back dating stock trades before his company's share values began to decline. Apparently, KB's 2005 'drop in the bucket' fine did little to address his own cavalier attitude. There is no reason why single private individuals should have to defend Americans' rights, freedoms and pocket books in the US, while soldiers are dying overseas for these same principles. Elderly minority veterans in Texas have even been cheated. Perhaps the lack of effort is because the likes of the Yoons, Songs, Rahbaris, Castillos and Missuds are not worthy of the likes of the Reids, Ensigns, Porters, Feinsteins, Boxers, Gibbons'....who would have to commit their precious time to investigate losses in the tens of thousands per aggrieved consumer in many instances.

The recent drastic decline in the real estate industry, foreclosures, and bankruptcies by consumers is in part due to inaction at the government level which has turned a blind eye to predatory lending, inflated appraisal rates, and a severe limitation of consumer rights regarding new home purchases. All of these actions by and protections afforded to the builders naturally and directly benefit the few big business interests, and always at the expense of the millions of tax payers, and minimally to the tune of hundreds of millions of dollars.

Your reply for a change would again be greatly appreciated.

Sincerely,

Patrick Missud, Consumer advocate on behalf of thousands.
Encl.
homeengineering.com
drhortoncouldhavekilledme.com
drhortonconfidential.com
All other interlinked web sites
Cc: Consumer groups, Media, Wall Street, Congress....

Reid 7005 3110 0001 8504 3190
Feinstein 7005 3110 0001 8504 3220
Boxer 7005 3110 0001 8504 3213
Ensign 7005 3110 0001 8504 3206
Porter 7005 3110 0001 8504 3244
Gibbons 7005 3110 0001 8504 3251
Pelosi 7005 3110 0001 8504 3237

**Patrick Missud**
Attorney at Law
91 San Juan Ave.
San Francisco, CA, 94112
415-584-7251 office/fax
415-845-5540 cellular

November 22, 2006

Gillian Ross
Wendell Rosen Black and Dean
1111 Broadway, 24th Floor
Oakland, CA, 94607-4036

Sent via: Certified: #70053110000185043275

Dear Ms. Ross,

Your clients have amply proven that pursuing civil matters in our 'publicly accessible' Constitutionally guaranteed court system is impossible and only available to the very wealthy. Apparently there are two Constitutions, one for the less fortunate Songs, Yoons, numerous victims of Horton injunctive orders, Missud, and the other for the likes of your larcenous clients. However, as you by now know, Missud is quite stubborn and will continue to give it the 'old college try.'

Your clients are still under the misguided presumption that my legal license is my highest coveted possession. It is not. The law is a miserable way to earn a living in that you have to interact with defense attorneys who act without conscience. I have stated in the past that I spent over $200,000 to learn the law so that I could protect my interests in my businesses- of which I have three. As a patent prosecutor, I can earn $120,000 plus benefits in my first year, and all I need is a technical degree- of which I have two. As a licensed general contractor, I earned a similar six figure salary, albeit under much more difficult and strenuous conditions. As a construction defects expert witness, property inspector and engineering/construction consultant, I currently command from $100-250/hr. This last business is to start growing exponentially and now in two states.

Horton construction is generally horrendous. I have performed dozens of inspections of Horton properties for my neighbors at no charge (usually $500 per report) and have found dozens of code violations in each. Your client has already received corrections notices on many of them, and will likely receive far more. The last, very brief inspection that I performed concurrent with my latest personally supervised round of services on your clients in Nevada yielded ten electrical problems in a single home and has been included in part for your review. Also and incidentally, while in Nevada and Sacramento, just to make my unnecessary trip worthwhile, I gathered ownership records for an additional four communities totaling well over 600 consumers. On my drive back to Las Vegas in

December, I will be passing through Central/Southern California for at least 600 more. Their rights under their warranties will be honored to the letter.

The construction of my own home at 1353 Romanesca is likewise abysmal. After only three months following five consecutive days of extensive repairs by five highly skilled, detail oriented and meticulous laborers, the same exact damages are again manifesting themselves in exactly the same locations as I predicted. Within six months I will no doubt have my associates at the Contractors' Board and Building Department back out to require Horton to put in a shear wall at each end of the braced wall line, within 12.5 feet of the corner and not exceeding 25 feet on center as per IRC code. Of course, this will require blocking the view that I paid a hefty lot premium for. As the building is currently constructed, you have to travel 34 feet before reaching the edge of the only shear wall at a single end of the braced wall line. The center of this wall is at 42 feet from the corner, -a very fine design. Of course all of this information, with pictures, will be posted to my web sites. Naturally, your client will deny and pretend that no structural problems exist to avoid warranty as they have throughout the nation since time immemorial. Recall however that I have a ten year structural warranty and am more than willing for the house to sway back and forth and rip through the sheetrock and stucco for the next seven years. Also recall that the Nevada Contractors' Board, Building Department, and the BBB are already very well informed of your client's various shady business dealings with now in excess of 40? (-I lose track as more arrive daily), Las Vegas consumers.

Following my full reciprocal licensure in Nevada, my direct marketing to my Brentwood, Reno, Sacramento, Las Vegas, Pleasanton, Palo Alto, Fairfield, Elk Grove…….neighbors offering my inspection services and financial document review, and always specializing in Horton products, will of course reference the publicly accessible information now posted on ten interlinked web sites, four of which have been recently purchased thanks to Mr. Marquez' lodging of his kindly complaint no doubt prompted by your client. Also, when I drive to said appointments (on the week ends to accommodate my neighbors), I will prominently display on the four trucks that I currently have in both Nevada and California what is now know as fact:

"D R HORTON: FRAUD AND PREDATORY LENDING drhortonfraud.com."

Your client's associates at their sales offices will confirm my weekly consumer advocacy efforts in one of the two states.

Believe me when I say that the civil case is the very least of your clients' problems as I have presumed that your firm will continually attempt to drive me into the ground much as the terrorists did with their victims in Pennsylvania, New York and Washington DC. Your client's continuous efforts to try and silence me, yet another consumer among the hundreds of others, amply demonstrates that it is Horton's single minded desire to continue business as usual and fleece as many consumers in as many ways as is illegally possible. As long as consumers are in peril, your clients are in business with me as partners for the very, very long term.

In closing, I have no intentions in belonging to an organization which requires me to take

an ethical oath to uphold the law and then ignore major national fraud merely to keep my license which would only be to my personal financial gain, or other advantage. How about you and messieurs Marquez, Jennings, Rassmussen, Odou, Morice, ..... and madames Hightower, Simmons...? Are you likewise honorable enough to not contradict your sworn oaths, act ethically and report fraud? I suspect that non of you are capable of ethical behavior, and as such have taken care of these matters in your stead. Please enjoy the enclosed article regarding mortgage fraud by builder affiliated lenders. Also, please compare it to my web postings, forwarded declarations and letters sent to agencies, HUD's RESPA Division headed by Ivy Jackson in particular. You will find astonishing similarities, with figures nearly to the penny.

Cordially,

Patrick Missud; Consumer advocate, Whistle Blower, Engineer, Engineer, Contractor, Consultant, Businessman, last and least Attorney.
Cc: Media, Government (and not to gain an advantage), consumer groups, consumers, Wall Street, anyone with eyes and ears.....

P.S.: Over the upcoming long week end, I will be quite busy as you can imagine. Please inform the brain trust in Fort Worth that your latest efforts to make things expensive for me in both time and money has backfired to say the very, very least. Note also that this has been a comparatively good week for your clients in that I have suffered a somewhat lessened renal discomfort, and have not been as motivated to pursue our matters as tenaciously as in past weeks.

Supporting documents to follow this afternoon and just in time for Thanksgiving. Be sure to follow through with your clerical duties which you have all been so capable of, and forward them to the proper parties.

**Patrick Missud**
Attorney at Law
91 San Juan Ave.
San Francisco, CA, 94112
415-584-7251 office/fax
415-845-5540 cellular

May 4, 2007

Ted Harbour, General Counsel
D R Horton, Inc
301 Commerce Street, Suite 500
Fort Worth, TX, 76102

Re: Proverbs, adages and an essay on the consequences of easy money -authored by yours truly.
Via: Fax 817-390-1713, certified #70063450000120319131

---

Dear Mr. Harbour,

There is no honor among thieves. When times are good and the money is flowing, the ranks are tight and everybody is happy. However, finding and recruiting former Horton employees and insiders is easy when you cheat and fire them before commissions are paid. Not paying subs also does nothing to boost moral. Both tactics do however add to the bottom line, meet wall street expectations and keep shareholders happy. Well done. Conversely though, false claims to, or withholding information from shareholders generally gets their ire when stock value plummets. The misinformation on wall street regarding your companies is still truly comical but will soon accurately reflect the situation.

Deal with the devil and you will get burned. Cozy agreements between malfeasant companies are fine when kept quiet. However, when things get hot (or publicized), even rats jump ship. I speculate that Countrywide, one of DHI's preferred lenders, played an integral part in all this mess. A friend and wall street analyst informs me that it has a rather high exposure to sub prime loans. Countrywide also likely knew and knows of your companies' other incredibly creative and varied lending schemes. My two dozen mortgage broker/realtor consultants (&Horton victims) have themselves been genuinely impressed (& incensed).

No lawyer will ever go to heaven so long as there is room for more in hell. Hopefully though, I will be saved from this fate because long before practicing law, I was an honest businessman. I thought that it might be best to learn the law and know the rules for other anticipated but yet unavoidable fraudulent dealings such as the one that I now find myself in. Even though I generally despise attorneys, my wife is certainly an exception, I have nevertheless decided that now is the time to consult with a few more. Did you know that many happen to be motivated by greed and become quite industrious when presented with cases ready to go, with little or no work required? Private litigants, lawyers filing individual actions and class action attorneys are now finding me. Apparently my web sites and word of mouth have legions of plaintiff's attorneys filing claims and shooting for those pearly gates. Unlike the defense attorneys I have recently had the displeasure of meeting, perhaps they too will be redeemed.

Those who throw rocks should not live in glass houses, -or crystal palaces. Sometimes there are severe consequences in taking actions. Your companies' very well compensated Board members embarked down several felonious paths. I know for a fact, now in excess of 250 sets of facts for that matter, that irreparable damage has been done to families across the nation. My own life and family was altered 4 years ago when instead of becoming an unassuming pencil pushing, pocket protector wearing, patent prosecuting parent, your companies changed my career and status. Now I merely confront and expose malfeasant officers from national corporations with the hopes of putting them in accommodations nearly as large as a walk in closet, -but not as well lit. The size and kind of rock I keep throwing back is akin to that of a wrecking ball.

What happens in Vegas stays in Vegas. There are several ironies that have played out over the course of this year, and possibly even ending on my birthday later this month. A first is that the "country's largest builder" is now also its biggest joke. Another is that your companies, officers, attorneys and agents thought they left me no choice in early 2004 but to leave all my money in Nevada and go back to California defeated with my tail between my legs. Now in 2007, the $11B corporations that you represent are being investigated by state and federal agencies, will be answering an onslaught of private, class and derivative actions, and are forced to settle up with consumers and/or compensate the shareholders. In all cases, the financial prospects look very dim. As stated last year, all I wanted for my birthday was a trophy. Perhaps this year I will display it at my home in Vegas -the one your companies tried to cancel the sales contract on.

The best form of flattery is by imitation. Lennar sent no less than nine attorneys to confront my consumer rights counterpart and vocal critic Mike Morgan at his Florida hearing. I know of only seven Horton attorneys working on our matters, and have only seen two together at any one time at our hearings. Likely I am not as worthy to demand the attention of two additional under-qualified barristers. I am feeling rather slighted by your corporation. Perhaps in the near future you will assign additional staff. My Federal claims will be filed this week, and the volumes of supporting documents will be made publicly available for all to see shortly thereafter. Will you be waiving service as per the Federal rules?

The majority democratic, bicameral houses have received the 535 letters. Miscellaneous entities have received hundreds more. The word is out. Even though the miscreants at your companies likely have friends in high places such as those who have recently gathered on May 1st at the 'Associated General Contractors of America' meeting to hear your former Texas Governor and now current US President make a speech, our affairs are and will soon be coming to a head. One of the very few correct and honest statements that Tomnitz has made this year is that "2007 is going to suck," -and I will personally see to it.

*Cordially,*

Patrick Missud

**Patrick Missud**
Attorney at Law
91 San Juan Ave.
San Francisco, CA, 94112
415-584-7251 office/fax
415-845-5540 cellular

June 8, 2007

Impotent D R Horton Defense Attorneys

Re: Conspiracy and Racketeering
Via: fax 510-834-1928, 702-253-6225, 800-604-6990, 814-390-1713

---

Messieurs, Madames, et enfoirees,

In 2004, the Horton network/organization attempted to steal thousands from me, successfully put me in the hospital and torpedoed my fourth business endeavor. Later in 2006 I found that dozens of my neighbors had also been swindled prior to, concurrently with, and after my transaction. In 2007 I found dozens more victims, even after I had notified the Board of Directors about the egregious and creative frauds discovered during the three prior years. The Board's reaction was to again ignore my warnings and instead interfere with my family life and three remaining businesses in contravention of Federal laws. Very clearly, the Board presumes that it is above the law, and has unilaterally decided that it's employees are as well. Now you are all on the hook.

In speaking of Federal crimes, you have all played a part in racketeering in corrupt organizations, mail fraud, predatory lending, improperly influencing governmental officials, threatening Federal informants, breached ethical canons and enabled and/or furthered the same to name but a few. Alas, these allegations are better left to US attorneys general.

There are certain matters however, that are within my control. Your pitiful failed attempts at silencing me have resulted in my stepped up efforts to expose your crimes. You have made a variety of contradictory admissions, and left a paper trail sufficient to pave I-80 from coast to coast. [drhortonfraud.com] The combination of my efforts and your damning admissions have also resulted in what I believe to be a variety of firings/retirements/reassignments at the regional and Board Room level as well as in state government. My best to Schankin, Morice, Neff and Eckhardt. Other individuals of course have been promoted to buy silence. My best to Mason and Callihan.

The information you have all so graciously furnished will go a long way, perhaps the full 3000 miles, to help me fulfill all my promises. The $39.5M Colorado construction defect class settlement will be eclipsed by my web sites' diversion of would have been victims. The $37.5M title fraud settlements reached with Colorado and California in

2004 will be eclipsed by those same state's fines imposed for current predatory lending. If state governments fail consumers and settle quietly, then homeengineering.com and drhortonsucks.info pick up the slack. The individual/class/derivative actions initiated by nationwide attorneys accessing these same sites will keep the Horton network/organization busy for years to come. (At least until 2016 when all my domains are again up for renewal.)

My current job is to bring to light all of our affairs and compel a reluctant government to act against an industry which has been the economy's backbone for nearly a decade. [drhortonconfidential.com]. I believe that 40 years ago, Ralph Nader made quite a name for himself when he exposed the deficiencies of the Corvair to the general public. Mr. Nader was wrong in that the car was actually safe at every speed, but in any case he did have the public's ear. DHI is not safe for consumers at any level, whether it be construction quality, warranty or financing. Look who's talking now……….and listening.

Today, wall street and institutional investors will be hearing about my latest update via US mail. They will also experience first hand how a simple Google search of 'd r horton' and 'fraud' lists three of my five sites immediately after D R Horton's very own. This has been extremely good for business. Similarly, when opponents with 40 years legal experience search my name in any browser, they learn of my extreme tenacity in single handedly taking on Fortune 500 companies. These same seasoned attorneys have quite the tendency of quickly settling, and on my terms without a single pleading filed in court. My rates now exceed $250/hr, not including contingencies, and the money is reinvested in our matters.

In closing, I can reassure you that earning a 'C' in thermodynamics II at Carnegie Mellon was harder than all of the combined actions I have already taken. I took five such classes per semester for 4 *and one half* years because I wasn't the brightest of my classmates and couldn't nudge my way into the good part of the bell curve. By comparison, achieving all of the above is just a game. You are collectively damned if you do, or if you don't, or ignore me, or sue me, or build defective homes, or decline my neighbors' warranty claims, or continue predatory lending, or not meet wall street expectations, or meet wall street expectations, or try and stop me, or interfere with my income,………..check mate.

Vous allez etre enculler,

Patrice Alexandre Missud, Avocat, son of a(n) -immigrant (your preferred victims)
drhortoncouldhavekilledme.com (my favorite)

P.S. -I nearly forgot, by the 18th of June, 20 days will have expired. Will D R Horton et al. be waiving formal services? Have a pleasant week end.
You've all done very well ©. [Grace, BBC, circa 1970].

**Patrick Missud**
Attorney at Law
91 San Juan Ave.
San Francisco, CA, 94112
415-584-7251 office/fax
415-845-5540 cellular

October 30, 2007

Gillian Ross, Leonard Marquez, Defense Attorneys
Wendell Rosen Black and Dean
1111 Broadway, 24th Floor
Oakland, CA, 94607-4036

Re: Your clients: D R Horton et al., Real World Problems
Via: Fax: 510-834-1928

Dear Ms. Ross,

Congratulations on yet another win. I have yet to read the Court's logic, but as you know, I have insured my win in the real world. Now that defendants have been dismissed, I am now free to contact D R Horton employees en masse and promote defection. Perhaps they too will be individually sued for corporate policy and want to reveal additional inside information. Recall that my web sites are perpetual and will be visited as often as the criminals' very own.

With this newest debacle, my efforts redouble.

Cordially,

Patrick Missud, TDF
Encl.

**Patrick Missud**
Attorney at Law
91 San Juan Ave.
San Francisco, CA, 94112
415-584-7251 office/fax
415-845-5540 cell

November 19, 2007

General Counsel Ted Harbour
D R Horton, Inc
301 Commerce Street, Suite 500
Fort Worth, TX, 76102

Re: Updates regarding RICO at D R Horton
Via: Fax 817-390-1713, Web

Mr. Harbour,

I have reviewed your company's reasonable offer to inspect Dorina's home. A proposal which she had already acted on three years ago with an inspection she had procured at Horton's request, that Horton has yet to reimburse her for as had been agreed. In my capacity as her consumer advocate who also happens to be a contractor, engineer and unfortunately attorney, I will be reviewing the inspection reports. Be sure that the inspectors make calls to the IRC and structural building codes. The engineers can also incorporate technical language as I am well versed in its usage.

Tomnitz and Horton have each received about seven notices of my recent emails regarding the 14 interlinked sites to media and wall street. If my mailings have been filtered out ask Marquez for an electronic copy. Shane Johnson's site is drhortonhomelemon.info. The other 13 sites have been set up and merely need a few more scans (proof which I currently possess) and perhaps some more text. I tried to update sucks but crashed it again as it is at near capacity. It will be converted and double in size near term. If not for your company's dismal sales, I would have sponsored it again this week ahead of the holiday sales push.

For the same cost it would take to get a single declaration and appearance by one of my hundreds of declarants, I can guarantee one million in damages to your RICO operations. Isn't that 'equal court access to all' fabulous? You by now know that I have alleged defamation in my latest suit. You may want to counterclaim in this respect. Of course we will each claim truth as our defenses.

Today is my father's birthday. At my age he had me and my sister. My wife and I put off having our family since 2004 until our affairs were 'settled.' We have been having extreme difficulties in starting our family too late. My web sites are my only babies.

Financial ruin and prison terms are in order.

Cordially,

Patrick Missud,TDF, on behalf of the thousands of lives that your RICO activities have impacted
Cc:

The cancer site seems to show yet another RICO pattern. Typicality, numerosity, commonality, adequacy and damages are all present. I will be pursuing this avenue.

**Patrick Missud**
Attorney at Law
91 San Juan Ave.
San Francisco, CA, 94112
415-584-7251 office/fax
415-845-5540 cell

November 28, 2007

General Counsel Ted Harbour
D R Horton, Inc
301 Commerce Street, Suite 500
Fort Worth, TX, 76102

Re: Updates regarding ever more serious RICO at D R Horton
Via: Fax 817-390-1713, Web

---

Mr. Harbour,

Had I known that Tomnitz was in Vegas this week, I too would have stayed until last night.

Is he kidding?:
Tomnitz said the foreclosures (he helped create) will compound the other obstacles plaguing the industry.
During the boom, homebuilders (and Horton in particular) built too many homes and bought too much land, he said. When the demand for these homes did not surface, the builders had to book losses on the properties they bought and developed.
"Speculative" investors _ or people who bought homes planning to sell them _ comprised perhaps a fifth of the market, Tomnitz said (knowing they were being sold to speculators-I have proof at at least three developments) . A big swath of the market disappeared when people stopped buying houses on speculation, he said.
Plus, with the mortgage industry struggling with a spate of bankruptcies (caused by me and the other Board members) and limited cash (which was stolen in one fraudulent scheme or another), many people who want to buy homes cannot obtain mortgages, he said.
Considering these factors, Tomnitz said, the Fort Worth, Texas-based builder will have trouble in fiscal 2008 matching the 40,000 homes the company sold in fiscal 2007 (recklessly and at all costs), which ended in September.

While in Vegas, I took great pictures of those Log Cabin homes within the EMF fields. I met with several attorneys to whom I will refer my neighbors. I also procured additional mailing lists for another four developments. When I came back to California several Nevada consumers I recently contacted told me about their significant stucco and drywall cracks, and racking door frames. It would seem that the same value engineering Horton

performed in Folsom, El Dorado and Vegas has occurred in the wind plagued Reno-Sparks communities (my damages, which Horton cosmetically covered up, are returning in exactly the same locations and pattern as before *and as predicted*). Another class action may be brewing. Lastly, I also learned that several of my neighbors' foreclosed homes will be auctioned off beginning of December. I have personally met with several of them.

My letters to Governor Schwartzenegger regarding his own recent predatory lending announcements, the EPA regarding Horton's cavalier attitude towards consumer health, and updates regarding recent State and Federal investigations/actions will be copied to Wall Street. An additional 1500+ post cards tipping Ca and Nv consumers off to myriad RICO activities will go out by the end of this week. I have budgeted over $10,000 for a web developer to promote my site such that it will be prominently displayed next to D R Horton's own. With the exception of the web development, all the other actions will cost (me) less than the Clark County filing fee.

Cordially,

Patrick Missud,
Cc:

**Patrick Missud**
Attorney at Law
91 San Juan Ave.
San Francisco, CA, 94112
415-584-7251 office/fax
415-845-5540 cell

January 22, 2008

General Counsel Ted Harbour
D R Horton, Inc.
301 Commerce Street, Suite 500
Fort Worth, TX, 76102

Ross.

RELPAX
(eletriptan HBr)

Re: RICO at D R Horton
Via: Fax 817-390-1713, Web

Mr. Harbour,

Yesterday the Country celebrated Martin Luther King, a man who dedicated and relinquished his life for the betterment of others.

Over the past decade the Board knowingly and recklessly ruined thousands of families to benefit no one but themselves.

It would be a lot easier if you just turned yourselves in.

God bless all you fine Christians,

Patrick Missud, Phyllobates terribilis obsurdesco

**Patrick Missud**
Attorney at Law
91 San Juan Ave.
San Francisco, CA, 94112
415-584-7251 office/fax
415-845-5540 cellular

January 31, 2008

Gillian Ross, Leonard Marquez, Defense Attorneys
Wendell Rosen Black and Dean
1111 Broadway, 24th Floor
Oakland, CA, 94607-4036

Re: Former clients D R Horton
Via: Fax: 510-834-1928

---

Dear Ms. Ross,

One of the reasons that my relatively minor personal Nevada action has not yet been served is that I am free to directly communicate with everyone concerned. You may want to relay the following message before I do.

Please tell Mason, Schankin and Callihan that I want them to roll over and hand me the higher ups. I have hopefully already put Tomnitz and Horton in jail, but would still like to see division presidents along their side. Otherwise, I will forever make sure that none of them ever hold a position of trust but are instead relegated to flipping burgers to pay their onerous legal fines.

Cordially,

Patrick Missud;
Parvulus Phyllobates Terribilis Silentium

JIM GIBBONS
*Governor*

STATE OF NEVADA

MENDY K. ELLIOTT
*Director*

ANN M. McDERMOTT
*Administrator*

**DEPARTMENT OF BUSINESS AND INDUSTRY**
**REAL ESTATE DIVISION**
www.red.state.nv.us

February 8, 2008

Patrick Missud
Attorney at Law
91 San Juan Avenue
San Francisco CA 94112

Re: RES08-11-03-134 MISSUD vs. WARD/MARTINEZ

Dear Mr. Missud:

The Division has completed its investigation of the above referenced matter.

After a thorough investigation, including a review of all the evidence and documents submitted, the Division has determined there is insufficient evidence available at this time to substantiate any violations of NRS or NAC. The information you provided was for a civil action procedure. This was not a criminal suit in which neither of the respondents was found guilty of a felony or misdemeanor.

The decision to close this matter is made without prejudice. The Division reserves the right to reopen it investigation should such action be warranted. The Division's decision to close this file does not preclude you from seeking any legal remedies which may be available to you.

Sincerely,

Carolyn Washington
Compliance/Audit Investigator II

c.c. file

2

2501 E. Sahara Avenue, Suite 102 • Las Vegas, Nevada 89104-4137 • Telephone (702) 486-4033 • Fax (702) 486-4275
788 Fairview Drive, Suite 200 • Carson City, Nevada 89701-5453 • Telephone (775) 687-4280 • Fax (775) 687-4868

(NSPO Rev. 11-07)

**Patrick Missud**
Attorney at Law
91 San Juan Ave.
San Francisco, CA, 94112
415-584-7251 office/fax
415-845-5540 cellular

February 15, 2008

Gillian Ross, Leonard Marquez, Defense Attorneys
Wendell Rosen Black and Dean
1111 Broadway, 24th Floor
Oakland, CA, 94607-4036

Re: Former clients D R Horton
Via: Fax: 510-834-1928

---

Dear Ms. Ross,

As per my January 31, 2008 letter, I will hopefully put Tomnitz and Horton in jail, but will be satisfied if they are ostracized on wall street and in their communities.

Please find enclosed a rough draft of the next wave of efforts in those regards.

Cordially,

Patrick Missud;
Parvulus Phyllobates Terribilis Silentium

**Patrick Missud**
Attorney at Law
91 San Juan Ave.
San Francisco, CA, 94112
415-584-7251 office/fax
415-845-5540 cellular

March 10, 2008

Gillian Ross, Leonard Marquez, Defense Attorneys
Wendell Rosen Black and Dean
1111 Broadway, 24th Floor
Oakland, CA, 94607-4036

Re: Former clients D R Horton
Via: Fax: 510-834-1928

---

Dear Ms. Ross,

Cooter and Claytus might have it right that we should protract our matters indefinitely. Tell the clowns that they should keep selling shoddy misrepresented homes, and that I will continue finding their victims, adding to my database and turning over the results to class action attorneys and attorneys general.

I just learned through the Wachovia webcast that Cooter, Donald Tomnitz, just turned 60 and plans to retire by 65. Wish him a happy birthday. I'll keep him busy for the next five years.

Cordially,

Patrick Missud;
TDF

Mr. Jennings,

Recall our conversation that D R Horton provides thousands of jobs? As long as that philanthropist Donald Horton pays slave labor wages, or withholds final payment he is happy. Tell the hicks that all this will stop when I see them in shackles.

Very Sincerely,

Tiny Deaf Frog

**Patrick Missud**
Attorney at Law
91 San Juan Ave.
San Francisco, CA, 94112
415-584-7251 office/fax
415-845-5540 cellular

March 21, 2008

Gillian Ross, Leonard Marquez, Defense Attorneys
Wendell Rosen Black and Dean
1111 Broadway, 24th Floor
Oakland, CA, 94607-4036

Re: Former clients D R Horton
Via: Fax: 510-834-1928

---

Dear Ms. Ross,

While I was at http://finance.aol.com/quotes/d-r-horton-inc/dhi/nys I came across this heartwarming tidbit: "When D.R. Horton heard a Who, it built the little guy a house." The next sentences should read: Horton the giant then fraudulently induced the itsy bitsy Who into the contract with promises of everything under the sun including no closing fees, a great mortgage and other incentives. Horton then took the Who's large deposit. At closing the Who nearly had a heart attack when the closing costs were triple what they should have been, the mortgage rate had an inflated 2% yield spread, and the other incentives were retracted. The Who had no choice but to close with Horton which threatened deposit forfeiture and promised financial ruin. Who then closed and experienced a rash of construction defects for which there was no warranty because Horton has dismally low customer satisfaction and always ranks at the bottom of J D Powers and other warranty tracking services. Two years later the Who lost his home to foreclosure and the other tax payers in Whoville had to bail him out along with thousands of others like him.

Please tell your former clients, and 12 D. R. Horton 'key executives' inclusive of; Gomer, Mr. Furley, Hoss, Uncle Jesse, John Boy, Pa, Goober, Cletus, Enos, Jethro, Uncle Jeb and of course, Ellie-May that they should prepare a statement for release on the day after the first of several of our class actions is filed. Wall street will have questions.

Also should the following institutional investors and fund managers get the word from me, or will the dirty dozen take care of notification?

Fidelity Management & Research
T. Rowe Price Associates, Inc
Capital Research & Management Company

Barclays Global Investors, N.A.
Vanguard Group, Inc.
State Street Global Advisors (US)
Goldman Sachs & Company, Inc.
Lazard Asset Management, L.L.C.
MFS Investment Management
Trilogy Global Advisors, LLC
American Funds Capital World Growth & Income Fund
Hartford Capital Appreciation Fund
iShares Dow Jones Select Dividends Index Fund
Pacific Select Mid-Cap Value Portfolio

Have a pleasant Easter and recall that among other things the holiday signifies the last supper. For some at Horton there won't be any subsequent resurrection.

Cordially,

Patrick Missud; just another Who
Cc: Dirty Dozen -817-390-1713
P.S.: Whos like www.drhortonhomesstink.com

**Patrick Missud**
Attorney at Law
91 San Juan Ave.
San Francisco, CA, 94112
415-584-7251 office/fax
415-845-5540 cellular

March 28, 2008

D R Horton Inc. c/o David Jennings
330 Carousel Parkway
Henderson, NV, 89014

Re: NRS 40- 1353 Romanesca and similarly situated owners, Clark County complaint, Pennsylvania and Nevada class actions, and federal prison.
Via: Fax: 1-800-671-6705

---

Dear Mr. Jennings,

Gomer and Goober, your altruistic, benevolent, compassionate bosses, are at it again in Maryland: drhortonhomeofhorrors.com.

Have you received my personal complaint yet?

Where are my contractors' reports?

Its all about information management and clueing in the proper class action firms and authorities. As many class actions as I can muster, and as many board members as I can relocate in federally subsidized jail cells forthcoming.

Tell the hicks to have a pleasant weekend.

Cordially,

Patrick Missud

-----Original Message-----
From: pat missud [mailto:missudpat@yahoo.com]
Sent: Friday, March 28, 2008 8:21 AM
To: leonard marquez
Cc: Bryan McVay; Brenda V McCallion; Sue M Medeiros-Ernst; Thien-Nga H Nguyen; Brad A Koski
Subject: criminals

Good morning Mr. Marquez. Please tell Donald 'Jethro' Horton and Donald 'Gomer' Tomnitz, that this weekend's bad news is succinctly printed in my (local) paper:

http://www.sfgate.com/cgi-bin/article.cgi?f=/g/a/2008/03/28/carollloyd.DTL

Pay particular attention to the commentaries.

In that article and regarding the same activities in which D R Horton rabidly participates:

Inflated title appraisals- Rippon Landing VA, San Diego CA........
Predatory Lending- Las Vegas, NV, Stockton CA, San Diego, CA, Ill, VA, NC, SC, FL....
Inflated Federal RESPA fees- Wa, Or, Pa, NJ, Ga......
Federal TILA violations- La, De, Az, Tx.....
Fraud and misrepresentation- 27 market states, CENTRIA development CA
Mail Fraud- 27 market states

Several additional states this week have requested additional information and I forwarded yet more to others sua sponte. Its been an ever increasingly busy week. Not a lot of extra time to work on our class action.

Be sure to keep those sales up for forthcoming restitution:

http://www.dallasnews.com/sharedcontent/dws/bus/stories/DN-Homebuilders_27bus.ART.State.Edition1.15c576d.html

DHI's stock volatility is curious:

http://money.cnn.com/news/newsfeeds/articles/newstex/AFX-0013-24071659.htm

The reason that the 31 home owners at Dellmar never got back to me is because they were already in class action. Kudos to them:

http://www.baltimoresun.com/news/local/harford/bal-md.ha.mtbe27mar27,0,6350329.story

Have the Donalds considered resigning yet?

Did Cornel get his deposit back?

-----Original Message-----
From: pat missud [mailto:missudpat@yahoo.com]
Sent: Wednesday, April 02, 2008 7:08 PM
To: Leonard E. Marquez
Subject: criminals

I'm out of the office this week and living in my wonderful, yet defective, horton home until April 6th. You can tell Mr. Jennings that he can call me if he likes. My cell, if you recall, is 415-845-5540, as it has been for over five years.

The estimated $1/2 billion complaint is at:
http://dockets.justia.com/docket/court-casdce/case_no-3:2008cv00592/case_id-267063/

I'm currently working on more modest class actions including the East Hempfield Township misrepresentations and poisonings, framing defects in N Nevada and California, framing defects in Texas, a national TILA claim, and federal employment class regarding unpaid commissions nationwide. As always, my database easily supports each and every case.

My counterparts in San Diego wrote a nice complaint, the second draft being filed. When we met originally, I tried to convince them that we should file federally and include antitrust. I'm glad they saw things my

way. I didnt have to ask that they claim a unity of action and concerted effort extending to upper management. They came up with that all by themselves. Those guys are good. So are the other guys (and gals) for the remainder of our incessant class and personal actions.

Have Gome and Goob considered resigning yet, or should I explain to the institutional investors that I'll keep on taking chunks out of those retirement funds, not to mention insure that the FBI makes a big splash at the corronation ceremony where they each get some shiny bracelets?

The tdf has grown ears and become the bull frog.

Its not too late to 'settle' on upcoming matters still within my sole control.

Frog.

This e-mail message is confidential, is intended only for the named recipient(s) above, and may contain information that is privileged, attorney work product or exempt from disclosure under applicable law. If you have received this message in error, or are not a named recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail is strictly prohibited. If you have received this message in error, please immediately notify the sender by return e-mail and delete this e-mail message from your computer. Thank you.
**************************************************************************
**************************************************************************
******************

IRS Circular 230 Disclosure: As required by U.S. Treasury Regulations governing tax practice, you are hereby advised that any written tax advice contained herein was not written or intended to be used (and cannot be used) by any taxpayer for the purpose of avoiding penalties that may be imposed under the U.S. Internal Revenue Code.
**************************************************************************
**************************************************************************
******************

**Patrick Missud**
Attorney at Law
91 San Juan Ave.
San Francisco, CA, 94112
415-584-7251 office/fax
415-845-5540 cellular

April 10, 2008

Gillian Ross, Leonard Marquez, Defense Attorneys
Wendell Rosen Black and Dean
1111 Broadway, 24th Floor
Oakland, CA, 94607-4036

Re: Former clients D R Horton
Via: Fax: 510-834-1928

Dear Ms. Ross,

I did a little math this week. I spent about $40,000 shuffling paper and getting nowhere in the courts for three years. I spent another $10,000 and nine months getting my database together. The database interested quite a few class action attorneys in our $500,000,000 matters. By my calculations, that's a 100,000% return on my total investment. It would have been a 500,000% return had I just cut to the chase and found the hundreds of victims.

The six other class actions are ready to go with lots of support. I may though still spend $500 and one additional day on each, just to bolster what I currently have. Please thank attorneys Jennings and Dawson from Nevada and Texas respectively for not allowing the repair of individuals' major structural defects. We can now all together and collectively in at least two separate states gain another 500,000% return on my investment, and address all regional consumers' warrantable repairs.

Word does get around.

Cordially,

Patrick Missud, tdf (can you hear me now?)

**Patrick Missud**
Attorney at Law
91 San Juan Ave.
San Francisco, CA, 94112
415-584-7251 office/fax
415-845-5540 cellular

April 15, 2008

Wood, Smith, Henning and Berman LLP
c/o Joel D. Odou
7670 West Lake Mead Blvd., Ste. 250
Las Vegas, NV, 89128-6652

Re: A551662
Via: Fax 702-253-6225

---

Dear Mr. Odou,

Its my great pleasure to again hear from you. In our former matters you and all your Sesame Street friends made things very difficult and expensive for me in court. In response, my solution was to make my puny personal grievance 10,000 times more expensive for Elmo and Grover (Horton and Tomnitz). In only a few short months after changing strategies, lets just say that I made things somewhat *difficult for your multi billion dollar clients* and their eight known attorneys working on that case. Have I mentioned that my legal team is now even larger than theirs? I literally can't even begin to tell you about the federal and state authorities chomping at the bit to get a piece of the action. All these guys make it look like a scrum or scene out of Cops™,.....bad boys, bad boys.......

We both know that your firm will challenge the validity of the services in A551662 and has already scheduled other silly delay tactics. I will either get local Nevada representation or pay for the bond out of my multi million dollar cut from CV 592. As before, my reaction is to make things horrendously expensive for the brothers from Deliverance ™ outside of court. Its now again time to sponsor as many class actions regarding construction defects, misrepresentations and fraud as possible, and to inform wall street, the fed, state attorneys general, consumer groups, activists, the media.......of my progress. To make it time efficient for me to oppose your many motions, I might as well continue locally with another Nevada class action for fraud and deceptive trade practices for tying DHI Mortgage to sales of homes. The complaint is already 110% written and will parallel the San Diego filing. All I have to do is delete the Sherman antitrust claim and select five or ten representative plaintiffs from the hundred or so in my Nevada file. Well done, my second puny grievance has now increased at least 100 fold. That strategy of demanding a bond was quite the coup de gras.

All individual attorneys' contributions in furtherance of well documented D R Horton fraud and other crimes will ultimately be nationally exposed. Your firm will of course receive dishonorable mention and recall that you have already perjured yourself in statements to former Deputy Commissioner EckHardt. I've lost count of the *hundreds* of victims within my nationwide database which support the rampant criminality at D R Horton, aka Enron II, and could make our affairs front page news. Despite all my media contacts however, I have muted myself in not having jettisoned this cat from its bag. Tell the hicks in Texas I will stop once they are snuggling with Skilling and Fastow.

Always inviting a challenge (compared to thermodynamics, this just isn't),

Patrick Missud, TDF
www.drhortonsucks.info and 14 interlinked sites visited by tens of thousands
Encl.
Cc:, Wall Street, Institutional Investors.

**Patrick Missud**
Attorney at Law
91 San Juan Ave.
San Francisco, CA, 94112
415-584-7251 office/fax
415-845-5540 cellular

April 17, 2008

Gillian Ross, Leonard Marquez, Defense Attorneys
Wendell Rosen Black and Dean
1111 Broadway, 24th Floor
Oakland, CA, 94607-4036

Re: Former clients D R Horton
Via: Fax: 510-834-1928

Dear Ms. Ross,

How many victims, effort and money does another (2) class action (s) make?

Answer: 5 already, 1 hr, and $0.

Recall my last letter:

> Please tell that other genius Joel Odou that in the time it takes to get that bond, fly to Vegas, and file the paperwork, that I could have easily edited my San Francisco federal filing (remarkably similar to the San Diego federal filing) and shopped it around to a dozen other class action firms for all of Nevada. My costs for the latter will of course be a mere fraction of the former, and my percentage of the award, far greater.

Please note my nationwide neighbors' references to foreclosure as a result of Clara Bell and Bozo's greed. I get these stories daily. There is still no limit to Enos' and Cletus' risk management capabilities.

Cordially,

Patrick Missud, tdf (can you hear me now?)
Cc: Wall Street, Institutional Investors.

**Patrick Missud**
CA Attorney #219614
91 San Juan Ave. San Francisco, CA, 94112
1353 Romanesca Dr., Henderson, NV, 89012
415-584-7251 office/fax
415-845-5540 cellular

April 17, 2008

Dear neighbors,

I have personally met and interviewed with many of you which has been of great help to consumers nationwide. As such, I would like you all to be the first in getting the following updates.

On March 28, 2008 a greater than $½ Billion private class action was filed against D R Horton for predatory lending. We filed because of inaction at the federal and state levels. For over two years, I have been informing the FTC, HUD, the DOJ, 27 other state Attorneys General, and our very own Nevada Divisions of Mortgage Lending and Real Estate of the myriad rampant fraud committed by our builder. Unfortunately though, D R Horton's fraud is still ongoing within Las Vegas and nationally.

Locally, in May 2006, I discovered yet another Vegas commissioner on the take and in Horton's pocket, who was subsequently asked to leave the Mortgage Lending Division in very short order. In February this year, I requested that the Real Estate Division protect public interests and revoke licenses of four D R Horton agents directly linked to fraud, but to no avail. My data indicates that over one dozen Las Vegas Horton employees have fleeced millions from consumers over the course of at least five years. The pattern extends into the Reno/Sparks areas as well.

Similarly at the federal level, despite the overwhelming proof that I submitted, the US government's regulatory authorities have utterly failed the public. Our only recourse is now through massive concerted private consumer actions. I am currently preparing another half dozen nationwide class actions in 26 other states, many of which are also independently investigating D R Horton fraud. Several independent cases have already been filed in VA, GA, Ill..... The enclosed California antitrust claim is co counseled by three separate class action firms, one of whose partners is a former DOJ prosecutor. The current class now forming in Nevada already has interested class action reps and firms involved, with more signing on in the near future.

If you have any additional (anonymous) information to impart regarding your own financial transactions with D R Horton, feel free to contact me. As always, additional details are posted to the web at 15 interlinked sites, the first of which listed below. Please note that updating the sites has become unmanageable with all the new nationwide information pouring in daily. The new recounts of additional and ongoing 2008 fraud however, are always more of the same.

Sincerely,

Patrick Missud,
www.drhortonsucks.info

**Patrick Missud**
Attorney at Law
91 San Juan Ave.
San Francisco, CA, 94112
415-584-7251 office/fax
415-845-5540 cellular

April 18, 2008

Wood, Smith, Henning and Berman LLP
c/o Joel D. Odou
7670 West Lake Mead Blvd., Ste. 250
Las Vegas, NV, 89128-6652

Re: A551662 and at least four additional class actions
Via: Fax 702-253-6225

Dear Mr. Odou,

In lieu of securing that cost bond this week, I contacted victims from my nationwide database, researched additional class action firms in Nevada, Virginia, Florida and Pennsylvania, and started redrafting the Nevada class action complaint. Likely though, my Vegas colleagues and I will merely swap out the victims and their stories and incorporate specifics from the NRS. What my colleagues do in the other states is anybody's guess, but I am more than willing to assist.

When I do go down to the Clark County courthouse to file my $500 bond, I will hopefully also be concurrently filing that $50,000,000 Nevada class action. Maybe instead I'll just have one of my colleagues' runners take care of that little detail.

Once again as with Wendel Rosen, that other maven of intellectual acumen, either its your firm's abusive courtroom antics and which will cost D R Horton Inc. hundreds of millions more, or ~~its~~ your employers' fabulous risk management skills which have severely compromised shareholders and institutional investors. Enos and Cletus, the brothers in crime, now have to answer to their bankers and the SEC, because I will from this point forward cause as much financial damage to their corporation as has ever been done to any fortune 500 company, including Enron. In case you don't understand, I'll spell it out for you. My goal is to f-o-r-c-e Tomnitz and Horton to resign so that they can spend some time making license plates. However, I do hope that the company remains solvent enough such that the thousands of victims get their stolen money back.

Cordially,

Patrick Missud, TDF
www.drhortonsucks.info
Encl.
Cc: Wendel Rosen, Wall Street, Institutional Investors.

-----Original Message-----
From: pat missud [mailto:missudpat@yahoo.com]
Sent: Monday, April 21, 2008 8:35 AM
To: Leonard E. Marquez
Subject: all sorts of criminals

Good morning Mr. Marquez and my greetings to Ms. Ross, Mr. Morice, the Donalds, Paul Buchanan, Joel Odou, Mr. Jennings, Carl Dawson...........

The article already forwarded and available at http://www.star-telegram.com/crime_courts/story/592852.html
is a brief recount of the following:

A career DHI realtor was showing homes when she was killed. Horton didnt want to pay her surviving family the sales commissions already earned since she had......expired.

I will show Gomer, Goober and the rest the same compassion.

The attached is still a little rough, but y'all should get the gist.

tdf.

This e-mail message is confidential, is intended only for the named recipient(s) above, and may contain information that is privileged, attorney work product or exempt from disclosure under applicable law. If you have received this message in error, or are not a named recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail is strictly prohibited. If you have received this message in error, please immediately notify the sender by return e-mail and delete this e-mail message from your computer. Thank you.

***************************************************************************

***************************************************************************

*******************

IRS Circular 230 Disclosure: As required by U.S. Treasury Regulations governing tax practice, you are hereby advised that any written tax advice contained herein was not written or intended to be used (and cannot be used) by any taxpayer for the purpose of avoiding penalties that may be imposed under the U.S. Internal Revenue Code.

***************************************************************************

***************************************************************************

*******************

**Patrick Missud**
Attorney at Law
91 San Juan Ave.
San Francisco, CA, 94112
415-584-7251 office
415-845-5540 cell

April 21, 2008

Re: Imminent syndicated media notice of *six* additional federal class actions regarding federal nonfeasance and proven RICO at D R Horton Inc.
Via: Certified Mail, Mail, Email, World Wide Web

---

Dear Senators Boxer & Schumer; Agents HUD, FTC, DOJ, SEC; State Officials; Media; and Wall Street:

My database now contains hundreds of nationwide fraud cases, all of which committed by D. R. Horton, America's largest residential builder/swindler. In just an afternoon, I can organize a class action and associate in virtually any state over the web. In addition to the currently filed $1B+ California federal antitrust case, NV, PA, VA, FL, TX class actions are also being prepared. Former DOJ prosecutors have and are being found to assert common consumers' rights to compensate for the *utter* lack of any federal protections whatsoever. Withers in Georgia, Fellmeth in San Diego, Spratling in San Francisco and their colleagues will have to correct what the Bush administration has completely failed at, namely regulating clear, ongoing and egregious financial abuses. Your agencies and my consumer advocates are now in an incredibly embarrassing race to see which of the two organizations more adequately protects Americans. Will it be your very well tax funded, enormously staffed agencies which are chartered by law to stop the rampant white collar billionaires' crimes; or the individual class action contingency attorneys, on behalf of tens of thousands of lowly immigrants, minorities, single mothers, retirees, veterans, active duty service people and blue collared workers who will prove more effective?

But for the price of postage and the enormous size of my files, the following are very brief summaries of just a few of the documents within my archives, copies of which are enclosed within:

**Complicity between DHI, corrupt government officials, and defense attorneys.**

A. FBI Director Robert Mueller's speech to the ABA as reported by the AP: "The FBI is grappling with *growing numbers of public corruption cases*," and "Mueller asked the assembled *defense lawyers for help in 'creating a culture of integrity'* by reporting evidence of wrongdoing by politicians and corporate executives alike."

1. In May 2006 I subpoenaed Nevada's Deputy Commissioner of the Division of Mortgage Lending [DC] for documents to which I was entitled, namely an explanation as

to why her agency did not find wrongdoing by DHI agents who had been overwhelmingly caught in fraud. Incredibly, the DC replied that DHI was not regulated by the Division even though hers was the office that licensed DHI. After a face to face meeting with Nevada's Attorney General, the DC was replaced within a month. That same DC had based her explanation on an answer received by DHI attorneys who had perjured themselves in contradictory statements contained within prior financial documents and also in subsequent court pleadings.

2. More recently in February 2008, I submitted yet more evidence in the form of civil convictions for 4 DHI agents caught in fraud. Nevada's Division of Real Estate likewise declined to take action despite my having located over 100 other near identical frauds throughout Nevada.

3. The two nationwide law firms of Wendel Rosen Black and Dean, and Wood Smith Henning and Berman have vigorously asserted attorney-client privilege to conceal well known DHI crimes. Moreover, in ethically dubious practices bordering on criminal, they have each even repeatedly promoted and furthered a variety of DHI RICO sponsored activities. More of those sordid details are posted on the web at www.drhortonconfidential.com.

**Verified knowledge and notice of the fraud by DHI's Board of Directors and government since at least February 2004:**

4. Dozens of certified letters, some with return receipt, were delivered to various DHI attorneys. In reply, several of those attorneys sent confirmation that they received said correspondence including David Morice, DHI's very own Chief Litigation Counsel.

5. Both CEO Donald Tomnitz and Chairman Donald Horton personally signed for and received service of summons and complaint regarding predatory lending. In great detail, those complaints outlined specific information of the years long, rampant fraud sponsored by their company throughout the United States.

5a. Dozens of federal and state agencies also received usps certified notice of the ongoing multi (m/b)illion dollar fraud for over two years: www.drhortonconfidential.com

**Dozens of state and federal predatory lending lawsuits were filed for years providing a long record of predatory lending and RICO activity:**

6. Betsinger v. D R Horton, NV State Court, civil liability imposed for predatory lending and fraud against D R Horton, DHI Mortgage, and four individual agents;

7. Missud v. D R Horton, Ca State Court, Motion to Quash over non resident corporation successful despite evidence of hundreds of Californians having been defrauded through predatory lending from across state lines;

8. Doddson v. D R Horton, Dist. Ct of TX, moved to VA, the *twice* DHI-bankrupted plaintiffs are unable to individually bankroll their incredibly well documented claims of proven fraud and predatory lending. Another multi million dollar class action is currently being organized with six plaintiffs who have contacted me over the internet.

9. Yeatman v. D R Horton, S. Dist. of GA, former DOJ prosecutor seeking nationwide class action status for fraud and predatory lending;

10. Missud v. D R Horton, N. Dist. Of CA, Motion to Quash over non resident

corporation successful even though hundreds of Californians had been defrauded through predatory lending from across state lines. *The Court's impeccable and imminently fair reasoning was that the Plaintiff's 'bald faced allegations' -supported by consumer emails with full contact information- were insufficient because he didn't spend an additional $40,000 getting all 40 declarations written on that all important lined and numbered pleading paper........***now over 200 victims with tens of millions in documented losses and dozens of foreclosures-** *BEAR STEARNS anyone?*

11. Wilson v. D R Horton, S. Dist. Of CA, three class action firms and a former DOJ prosecutor seeking nationwide class action status for fraud and predatory lending. 200 nationwide victims currently supporting widespread RICO activities including TILA, RESPA, antitrust, predatory lending, fraud, grand larceny, misrepresentation...........
12. Five class action reps v. D R Horton, Dist. Court of NV, Imminent -predatory lending and fraud;
13. Five class action reps v. D R Horton, PA, Imminent fraud, misrepresentation and environmental violations;
14. Five class action reps v. D R Horton, TX, Imminent -predatory lending and fraud;
15. Five class action reps v. D R Horton, TX, Imminent -construction defects, fraud warranty misrepresentation;
16. Five class action reps v. D R Horton, FL, Imminent -predatory lending and fraud;
17. Five class action reps v. D R Horton, FL, Imminent -construction defects, fraud, warranty misrepresentation;

Within only months, I can internationally expose DHI as Enron II. Several ineffective federal agencies complicit in the years long nonfeasance which has further aided DHI's billions in fraud will concurrently be exposed. This situation has already reached critical mass. I am now metering released information such that DHI will not become insolvent and unable to pay consumers' restitution. Towards those ends, I will see to it that mega million dollar class actions will follow one after another until a consent agreement is negotiated to prevent DHI's bankruptcy and consumers get their stolen money back. Regardless of the corporation's continued existence however, the Board of Directors will have to be prosecuted for their respective criminal roles. My patience has run out and its time to start naming names.

**On behalf of thousands** of nationwide middle class, and **not the criminal** Ft. Worth elite billionaires,

/S/ Patrick Missud
Encl.
Cc: Obama, Clinton, McCain, Nader -presently; and
1000's consumers, International syndicated media- Reuters, AP, CNN, 20/20, 60 Minutes, Nightline, World News Tonight, Frontline, Lou Dobbs .....500+ smaller media markets electronically -in May.

Senator Barbara Boxer
312 North Spring Street, Ste. 1748
Los Angeles, CA, 90012
7008 0150 0000 1439 6668

Senator Charles Schumer
757 Third Avenue, Suite 17-02
New York, NY 10017
7008 0150 0000 1439 6675

U.S. Department of Justice
C/o Director Robert Mueller
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001
7008 0150 0000 1439 6682

Federal Trade Commission, Room 240-H
Consumer Response Center, c/o Donald S. Clark
Washington, DC, 20580
FTC Ref. No. 9548361
7008 0150 0000 1439 6699

Ivy M. Jackson, Director RESPA
US Dept. of HUD
Washington, DC, 20410-8000
7008 0150 0000 1439 6705

SEC Complaint Center, c/o Bob Greene
100 F Street NE
Washington, D.C. 20549-0213
7008 0150 0000 1439 6712

-----Original Message-----
From: pat missud [mailto:missudpat@yahoo.com]
Sent: Thursday, April 24, 2008 1:06 PM
To: Joel D. Odou
Cc: leonard marquez
Subject: Fwd: D R Horton Fraud

Note: forwarded message attached.

Mr. Odou,

While searching for your email I happened upon your bio. We both graduated in 1990. You with a BA in some type of humanities courses and surfing, and me with my first BS in engineering. By the time you graduated law school, I had my masters in yet another engineering discipline. Then finally by 2003, I had my JD and tried to become a patent attorney. What a waste. All that time, all those degrees, all those all-nighters, 50 mind numbing technical courses,...... and then February 19, 2004.

If you haven't been able to solve that numerical analysis question, don't feel bad. I wasn't much of a theoretical engineer either. My strength was in out of the box, unique solutions. As a matter of fact, at Carnegie Mellon I always placed as the top or second best when solving real world problems quickly, efficiently and inexpensively.

I again apologize for not having posted that cost bond. I just cant find the time. I did however have a half an hour to put together the attached. It came as an epiphany after having spoken with yet another of my unhappy neighbors in Vegas.

Once again, your and your clients' remarkable abilities to contain their little problems has done wonders. Now I'm off to prepare for tomorrow's events.

Cheers,
TDF

This e-mail message is confidential, is intended only for the named recipient(s) above, and may contain information that is privileged, attorney work product or exempt from disclosure under applicable law. If you have received this message in error, or are not a named recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail is strictly prohibited. If you have received this message in error, please immediately notify the sender by return e-mail and delete this e-mail message from your computer. Thank you.
*****************************************************************************
*****************************************************************************
******************

IRS Circular 230 Disclosure: As required by U.S. Treasury Regulations governing tax practice, you are hereby advised that any written tax

advice contained herein was not written or intended to be used (and cannot be used) by any taxpayer for the purpose of avoiding penalties that may be imposed under the U.S. Internal Revenue Code.
**************************************************************************
**************************************************************************
******************

000048