Valentine S. Hoy VIII, State Bar No. 121766
John T. Brooks, State Bar No. 167793
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
600 West Broadway, Suite 2600
San Diego, California 92101-3372
Telephone No.: 619.236.1414
Fax No.: 619.232.8311

Attorneys for D.R. Horton, Inc., Western Pacific Housing, Inc., and DHI Mortgage Company, Ltd.

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

JAMES WILSON, REBECCA LORENZO, WAHEEDA KHAN, JORGE LOPEZ, and SUZIE KHUU, on behalf of themselves and All Others Similarly Situated,

Plaintiffs,

v.

D.R. HORTON, INC., WESTERN PACIFIC HOUSING, INC. d/b/a/ D.R. HORTON, AMERICA'S BUILDER, DHI MORTGAGE COMPANY, LTD., L.P. and DOES 1-10,

Defendants.

Case No. 08 CV 592 BEN RBB

The Hon. Roger T. Benitez
Dept. 3

**ALL DEFENDANTS' NOTICE OF MOTION AND MOTION TO STRIKE CLASS ALLEGATIONS**

Date: June 9, 2008
Time: 10:30 a.m.
Dept.: 3

Complaint Filed: March 28, 2008

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on June 9, 2008 at 10:30 a.m. in Courtroom 3 of the above-referenced court, located at 880 Front Street, San Diego, California, D.R. Horton, Inc., Western Pacific Housing, Inc., and DHI Mortgage Company, Ltd. will, and hereby do, move to strike and/or dismiss plaintiffs' class action allegations. In particular, defendants move as to:

///

1. Paragraph 1 of the complaint in its entirety;

2. The nationwide class action allegations within paragraph 1 of the complaint at page 1, lines 19-23;

3. Paragraphs 48-51 of the complaint in their entirety; and

4. The nationwide class action allegations within paragraph 48 of the complaint at page 16, lines 23-27.

This motion is made pursuant to Rule 12(f), Rule 12(b)(6), and 23(d)(4) of the Federal Rules of Civil Procedure and is made on the ground that the alleged plaintiffs have failed to allege facts supporting a claim for classwide relief or for the granting of class certification; that the purported class action allegations are immaterial or impertinent; and that the pleadings should therefore be amended to eliminate allegations as to absent persons.

In the alternative, defendants move pursuant to Rule 8 and Rule 12(e) for a more definitive statement of the bases for plaintiffs' purported class allegations.

This motion is based on this Notice of Motion and Motion, the accompanying Points and Authorities, the accompanying Request for Judicial Notice, the papers and pleadings on file in this action, and such further oral or written argument or evidence as may be presented prior to or at the hearing on this motion.

DATED: May 5, 2008

LUCE, FORWARD, HAMILTON & SCRIPPS LLP

By: s/Valentine S. Hoy

Valentine S. Hoy
Attorneys for Defendants D.R. Horton, Inc., Western Pacific Housing, Inc., and DHI Mortgage Company, Ltd.
E-mail: vhoy@luce.com

101091752.1