Valentine S. Hoy VIII, State Bar No. 121766
John T. Brooks, State Bar No. 167793
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
600 West Broadway, Suite 2600
San Diego, California 92101-3372
Telephone No.: 619.236.1414
Fax No.: 619.232.8311

Attorneys for D.R. Horton, Inc., Western Pacific Housing, Inc., and DHI Mortgage Company, Ltd.

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES WILSON, REBECCA LORENZO, WAHEEDA KHAN, JORGE LOPEZ, and SUZIE KHUU, on behalf of themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>D.R. HORTON, INC., WESTERN PACIFIC HOUSING, INC. d/b/a/ D.R. HORTON, AMERICA'S BUILDER, DHI MORTGAGE COMPANY, LTD., L.P. and DOES 1-10,<br><br>Defendants. | Case No. 08 CV 592 BEN RBB<br><br>The Hon. Roger T. Benitez<br>Dept. 3<br><br>**DEFENDANT DHI MORTGAGE'S NOTICE OF MOTION AND MOTION TO DISMISS**<br><br>Date: June 9, 2008<br>Time: 10:30 a.m.<br>Dept.: 3<br><br>Complaint Filed: March 28, 2008 |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on June 9, 2008 at 10:30 a.m. in Courtroom 3 of the above-referenced court, located at 880 Front Street, San Diego, defendant DHI Mortgage Company, Ltd. will, and hereby does, move to dismiss plaintiffs' complaint and each cause of action therein.

///

///

This motion is made pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure and is made on the ground that plaintiffs have failed to state a claim upon which relief can be granted. In particular, plaintiffs' first through fourth causes of action all fail because plaintiffs have not alleged any improper conduct against DHI Mortgage Company itself; all allegations of specific conduct in the complaint relate to other entities. Further, plaintiffs' third and fourth causes of action against DHI Mortgage Company under the Sherman Act and the Cartwright Act fail because plaintiffs do not and cannot allege that DHI Mortgage Company has market power in the alleged tying market.

This motion is based on this Notice of Motion and Motion, the accompanying Points and Authorities, the accompanying Request for Judicial Notice, the papers and pleadings on file in this action, and such further oral or written argument or evidence as may be presented prior to or at the hearing on this motion.

DATED: May 5, 2008

LUCE, FORWARD, HAMILTON & SCRIPPS LLP

By: s/Valentine S. Hoy

Valentine S. Hoy
Attorneys for Defendants D.R. Horton, Inc., Western Pacific Housing, Inc., and DHI Mortgage Company, Ltd.
E-mail: vhoy@luce.com

101091738.1