Valentine S. Hoy VIII, State Bar No. 121766
John T. Brooks, State Bar No. 167793
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
600 West Broadway, Suite 2600
San Diego, California 92101-3372
Telephone No.: 619.236.1414
Fax No.: 619.232.8311

Attorneys for D.R. Horton, Inc., Western Pacific Housing, Inc., and DHI Mortgage Company, Ltd.

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

JAMES WILSON, REBECCA LORENZO, WAHEEDA KHAN, JORGE LOPEZ, and SUZIE KHUU, on behalf of themselves and All Others Similarly Situated,

Plaintiffs,

v.

D.R. HORTON, INC., WESTERN PACIFIC HOUSING, INC. d/b/a/ D.R. HORTON, AMERICA'S BUILDER, DHI MORTGAGE COMPANY, LTD., L.P. and DOES 1-10,

Defendants.

Case No. 08 CV 592 BEN RBB

The Hon. Roger T. Benitez
Dept. 3

**ALL DEFENDANTS' NOTICE OF MOTION AND MOTION TO COMPEL ARBITRATION**

Date: June 9, 2008
Time: 10:30 a.m.
Dept.: 3

Complaint Filed: March 28, 2008

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on June 9, 2008 at 10:30 a.m. in Courtroom 3 of the above-referenced court, located at 880 Front Street, San Diego, California, defendants D.R. Horton, Inc., Western Pacific Housing, Inc., and DHI Mortgage Company, Ltd. will, and hereby do, move to compel arbitration of plaintiffs' claims pursuant to the arbitration provisions contained in each plaintiff's purchase contract.

///

///

This motion is based on this Notice of Motion and Motion, the accompanying Points and Authorities, the accompanying Request for Judicial Notice, the papers and pleadings on file in this action, and such further oral or written argument or evidence as may be presented prior to or at the hearing on this motion.

DATED: May 5, 2008

LUCE, FORWARD, HAMILTON & SCRIPPS LLP

By: s/Valentine S. Hoy

Valentine S. Hoy
Attorneys for Defendants D.R. Horton, Inc., Western Pacific Housing, Inc., and DHI Mortgage Company, Ltd.
E-mail: vhoy@luce.com

101091758.1