**LAW OFFICES OF PATRICK MISSUD**
Patrick Missud, Esq. (State Bar #219614)
91 San Juan Ave
San Francisco, CA 94112

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES WILSON, REBECCA LORENZO, WAHEEDA KHAN, JORGE LOPEZ, and SUSIE KHUU, on Behalf of Themselves and All Others Similarly Situated<br><br>Plaintiffs<br><br>v.<br><br>D.R. HORTON, INC., WESTERN PACIFIC HOUSING, INC. d/b/a D.R. HORTON, AMERICA'S BUILDER, DHI MORTGAGE COMPANY, LTD., L.P., and DOES 1-10,<br><br>Defendants. | CASE NO. **08 cv 0592 BEN RBB**<br><br>NOTICE OF WITHDRAWAL OF PATRICK MISSUD AS ATTORNEY OF RECORD FOR PLAINTIFFS<br><br>Judge: Hon. Roger Benitez<br>Courtroom: 3<br><br>Hearing Date: June 9, 2008<br>Hearing Time: 10:30 a.m. |

Patrick Missud, hereby gives notice of his withdrawal as attorney of record for the Plaintiffs in the above entitled action. The Plaintiffs will not be prejudiced in any manner by the withdrawal as the Plaintiffs continue to be represented by Norman B. Blumenthal of Blumenthal & Nordrehaug, Robert B. Gerard of Gerard & Associates, and Professor Robert Fellmeth, as their attorneys of record. Notice of this withdrawal by Patrick Missud has been provided to the Plaintiffs via their continuing attorneys of record, who have consented to the withdrawal.

**LAW OFFICES OF PATRICK MISSUD**

DATED: May 8, 2008

By: [signature]
Patrick Missud, Esq.

**PROOF OF SERVICE [F.R.C.P. §5]**

I am a citizen of the United States and a resident of the State of California. I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action. My business address is 2255 Calle Clara, La Jolla, California 92037. On May 7, 2008, I served the document(s) described as below in the manner set forth below:

(1) NOTICE OF WITHDRAWAL OF PATRICK MISSUD AS ATTORNEY OF RECORD FOR PLAINTIFFS

_XX_ (BY ELECTRONIC SERVICE): I caused the listed documents to be electronically filed through the CM/ECF system at the United States District Court for the Southern District of California which generates a Notice of Electronic Filing to all parties and constitutes service of the electronically filed documents on all parties for purposes of the Federal Rules of Civil Procedure.

**_XX_** (Federal): I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made, and that the foregoing is true and correct under penalty of perjury. Executed on May 7, 2008, at San Diego, California.

Kyle Nordrehaug
BLUMENTHAL & NORDREHAUG
2255 Calle Clara
La Jolla, CA 92037
(858) 551-1223
Fax: (858) 551-1232