Valentine S. Hoy VIII, State Bar No. 121766
John T. Brooks, State Bar No. 167793
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
600 West Broadway, Suite 2600
San Diego, California 92101-3372
Telephone No.: 619.236.1414
Fax No.: 619.232.8311

Attorneys for D.R. Horton, Inc., Western Pacific Housing, Inc., and DHI Mortgage Company, Ltd., L.P.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES WILSON, REBECCA LORENZO, WAHEEDA KHAN, JORGE LOPEZ, and SUZIE KHUU, on behalf of themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>D.R. HORTON, INC., WESTERN PACIFIC HOUSING, INC. d/b/a/ D.R. HORTON, AMERICA'S BUILDER, DHI MORTGAGE COMPANY, LTD., L.P. and DOES 1-10,<br><br>Defendants. | Case No. 08 CV 592 BEN RBB<br><br>The Hon. Roger T. Benitez<br>Dept. 3<br><br>**DEFENDANTS' OBJECTIONS TO PLAINTIFFS' LATE-FILED OPPOSITIONS TO MOTIONS TO DISMISS, STRIKE AND COMPEL ARBITRATION**<br><br>Date: June 9, 2008<br>Time: 10:30 a.m.<br><br>Complaint Filed: March 28, 2008 |

Pursuant to local rules 7.1(e)(2) and 7.1(f)(3)(c), Defendants hereby object to the Plaintiffs' opposition briefs for the following motions: (1) Motion to Dismiss Antitrust Claims; (2) Motion to Strike Class Allegations; (3) Motion to Dismiss All Claims Against DHI Mortgage; and (4) Motion to Compel Arbitration.

Local rule 7.1(e)(2) states: "Time for filing opposition. Except as otherwise specified in Civil Local Rule 7.1.e.1, each party opposing a motion, application or order to show cause shall file that opposition or statement of non-opposition with the clerk and serve the movant or the movant's attorney not later than 14 *calendar* days prior to the noticed hearing. (For

example, for a motion to be heard on a Monday, the opposition papers must be filed and served no later than two Mondays prior to the noticed hearing.)"

Local rule 7.1(f)(3)(c) states: "Waiver. If an opposing party fails to file the papers in the manner required by Civil Local Rule 7.1.e.2, that failure may constitute a consent to the granting of a motion or other request for ruling by the court."

Because May 26, 2008 was a court-holiday, Local Rule 7.1(e)(2) required Plaintiffs to file their oppositions to Defendants' motions no later than May 23, 2008. Plaintiffs did not file their oppositions by that date. Pursuant to Local Rule 7.1.(f)(3)(c), the Court has the discretion to rule that Plaintiffs waived their right to oppose the motions. Defendants respectfully request that the Court exercise its discretion and grant the motions on the ground that Plaintiffs did not comply with the filing rules for the Southern District of California.

DATED: June 2, 2008

Respectfully submitted,

LUCE, FORWARD, HAMILTON & SCRIPPS LLP

By: /s Valentine S. Hoy VIII
Valentine S. Hoy VIII
Attorneys for D.R. Horton, Inc., Western Pacific Housing, Inc., and DHI Mortgage Company, Ltd., L.P.

101097877.1

Valentine S. Hoy VIII, State Bar No. 121766
John T. Brooks, State Bar No. 167793
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
600 West Broadway, Suite 2600
San Diego, California 92101-3372
Telephone No.: 619.236.1414
Fax No.: 619.232.8311

Attorneys for D.R. Horton, Inc., Western Pacific Housing, Inc., and DHI Mortgage Company, Ltd.

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES WILSON, REBECCA LORENZO, WAHEEDA KHAN, JORGE LOPEZ, and SUZIE KHUU, on behalf of themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>D.R. HORTON, INC., WESTERN PACIFIC HOUSING, INC. d/b/a/ D.R. HORTON, AMERICA'S BUILDER, DHI MORTGAGE COMPANY, LTD., L.P. and DOES 1-10,<br><br>Defendants. | Case No. 08 CV 592 BEN RBB<br><br>The Hon. Roger T. Benitez<br>Dept. 3<br><br>**PROOF OF SERVICE**<br><br>Complaint Filed: March 28, 2008 |

I, the undersigned, declare as follows:

I am employed with the law firm of Luce, Forward, Hamilton & Scripps LLP, whose address is 600 West Broadway, Suite 2600, San Diego, California 92101-3372. I am over the age of eighteen years, and am not a party to this action.

On June 2, 2008, I served the following:

**DEFENDANTS' OBJECTIONS TO PLAINTIFFS' LATE-FILED OPPOSITIONS TO MOTIONS TO DISMISS, STRIKE AND COMPEL ARBITRATION**

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Norman B Blumenthal**
  norm@bamlawlj.com, bam@bamlawlj.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

☐ (No manual recipients)

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed at San Diego, California on June 2, 2008.

Tamara Siemers

101092070.1